UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 2002 JBO TRUST NO. 1, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1282 |
| AMERICAN EXPRESS COMPANY, ET AL | SECTION: L |

J U D G M E N T

Considering the Court's Order and Reasons dated December 4, 2012, the Court's Order dated June 10, 2013, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, American Express Company, American Express Tax and Business Services, Inc., Robert Goldstein, Kurt Anderson and Jenkins & Gilchrist, P.C. and against plaintiffs, 2002 JBO Trust No. 1 and John Brewster Ohle, III, dismissing said plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this  18th  day of June, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE